# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2012

144052

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In re MP, MP, and DR, Minors.

SC: 144052
COA: 296331
Delta CC Family Division:
09-000506; 09-000507;
09-000508

_____/

On order of the Court, the application for leave to appeal the July 28, 2011 judgment of the Court of Appeals is considered, and it is DENIED. Respondent's change of position has rendered this case moot. *Federated Publications, Inc v Lansing*, 467 Mich 98, 112; 649 NW2d 383 (2002).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2012

_____
Clerk

y0328